THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRELL GRAHAM, Appellant. (Appeal No. 2.) [907 NYS2d 919]— Appeal from a judgment of the Supreme Court, Erie County (Christopher J. Burns, J.), rendered January 6, 2009. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same Memorandum as in *People v Graham* (77 AD3d 1439 [2010] [decided herewith]). Present—Smith, J.P., Peradotto, Lindley, Sconiers and Pine, JJ.